IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE DAVID JAMES,

      Plaintiff,                    No. CIV S-06-0173 GEB JFM P

    vs.

T. DYE, et al.,

      Defendants.           <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  By order filed March 24, 2006, plaintiff's original in forma pauperis application was dismissed with leave to file a new application.  On April 3, 2006, plaintiff filed a new in forma pauperis application.  However, the new application for leave to proceed in forma pauperis is not on the form used by this district.  Use of the form assists plaintiff to establish and the court to evaluate plaintiff's in forma pauperis status in light of 28 U.S.C. § 1915 (b)(1) and (2).  Moreover, plaintiff has still failed to file a certified copy of his prison trust account statement for the six month period that preceded the filing of this action.

        For the foregoing reasons, plaintiff's April 3, 2006 application will be dismissed and plaintiff will be provided the opportunity to submit the application on the appropriate form.

Plaintiff is again cautioned that he must also provide a certified copy of his prison trust account statement for the six month period immediately preceding the filing of his complaint.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's April 3, 2006 motion to proceed in forma pauperis is denied without prejudice;

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

3. Plaintiff shall submit, within thirty days from the date of this order, a completed application to proceed in forma pauperis, and shall include with his application a certified copy of his prison trust account statement for the six month period that preceded the filing of this action.  Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: May 31, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12/mp
jame0173.3djfm