IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE DAVID JAMES,

    Plaintiff,                     No. CIV S-06-0173 GEB JFM P

    vs.

T. DYE, et al.,

    Defendants.            FINDINGS AND RECOMMENDATIONS

_____/

        By an order filed June 2, 2006, plaintiff was ordered to file, within thirty days, an in forma pauperis application on the form used by this district and a certified copy of his prison trust account statement for the six month period that preceded the filing of this action and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not responded in any way to the court's order. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's

1

1 Findings and Recommendations." Plaintiff is advised that failure to file objections within the
2 specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951
3 F.2d 1153 (9th Cir. 1991).
4 DATED: July 24, 2006.

                                                                 UNITED STATES MAGISTRATE JUDGE

8 /jame0173.fifp